# Exhibit I

**Daniel Melo**

| | |
|---|---|
| **From:** | cbpfoia@cbp.dhs.gov <noreply@securerelease.us> |
| **Sent:** | Wednesday, January 22, 2025 4:05 PM |
| **To:** | Daniel Melo |
| **Subject:** | CBP FOIA - CBP-FO-2025-003991 |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**[EXTERNAL EMAIL]** This message is from an EXTERNAL source. Please do not click on any links or open any attachments associated with this email unless it comes from a trusted source AND you were expecting to receive this information.

Daniel
 Melo
Amica Center for Immigrant Rights
1025 Connecticut Avenue NW
Suite 701
Washington, D.C. 20036

01/22/2025

CBP-FO-2025-003991

Dear Daniel Melo:

This notice acknowledges receipt of your Freedom of Information Act (FOIA)
 request to U.S. Customs and Border Protection (CBP) received on 10/8/2024. Please use the following unique FOIA tracking number CBP-FO-2025-003991 to track the status of your request. If you have not already done so, you must create a SecureRelease account.
 This is the only method available to check the status of your pending FOIA request.

Provisions of the Act allow us to recover part of the cost of complying with your request. We shall charge you for records in accordance with the DHS FOIA regulations
 outlined on the DHS website, https://www.federalregister.gov/documents/2016/11/22/2016-28095/freedom-of-information-act-regulations. By submitting your request, you have agreed to pay up to $25.00 in applicable processing fees, if any fees associated with
 your request exceed this amount, CBP shall contact you.

Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Consistent with 6 C.F.R. Part 5 § 5.5(a) of the DHS FOIA regulations,
 CBP processes FOIA requests according to their order of receipt. Although CBP's goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10-day extension of this time period in certain circumstances pursuant to 6 C.F.R. Part
 5 § 5.5(c). As your request seeks documents that will require a thorough and wide-ranging search, CBP will invoke a 10-day extension for your request pursuant to 6 C.F.R. Part 5 § 5.5(c). If you would like to narrow the scope of your request, please contact

our office. We will make every effort to comply with your request in a timely manner. Lastly, as your request seeks a voluminous amount of separate and distinct records, CBP will invoke a 10-day extension for your request pursuant to 6 C.F.R. Part 5 § 5.5(c).
 If you would like to narrow the scope of your request, please contact our office. We will make every effort to comply with your request in a timely manner.]

CBP's FOIA Division is working hard to reduce the amount of time necessary to respond to FOIA
 requests. We truly appreciate your continued patience.

For additional information please consult CBP FOIA website please click on FOIA Act Resources or visit http://www.cbp.gov/site-policy-notices/foia.

Please note that this message has been
 sent from an unmonitored e-mail account. Any messages sent to this account will not be read.

Sincerely,

U.S. Customs and Border Protection

2