# Exhibit J



**Thursday, Jan 23 • 12:10 PM**

Texting with (202) 999-7803 (SMS/MMS)

12029997803 Deposited a new message:
"Sir, this is Shannon Scott with Customs and Border Protection employee division. If you can give me a call on your request, um, about the DNA, I have it working. However, you never provided dates for the search, and I need that information. If you can at least text it to me or call me, that'd appreciate it. My number is 202-999-7803. Again, this is Shannon Scott from CBP FOIA. Thank you, sir."
Click here: 14699825000 to listen to full voice message.

RCS chat with (202) 999-7803

**Friday, Jan 24 • 9:13 AM**

Good morning Officer Scott, thank you for reaching out. For a date scope, we would ask for April 8, 2020 to present. Many thanks!

9:13 AM