# Exhibit K

# Daniel Melo

| | |
|---|---|
| **From:** | Daniel Melo |
| **Sent:** | Tuesday, February 11, 2025 9:14 AM |
| **To:** | Evan Benz |
| **Subject:** | FW: CBP FOIA - CBP-FO-2025-003991 |

**From:** cbpfoia@cbp.dhs.gov <noreply@securerelease.us>
**Sent:** Thursday, February 6, 2025 8:42 AM
**To:** Daniel Melo <daniel.melo@amicacenter.org>
**Subject:** CBP FOIA - CBP-FO-2025-003991

**[EXTERNAL EMAIL]** This message is from an EXTERNAL source. Please do not click on any links or open any attachments associated with this email unless it comes from a trusted source AND you were expecting to receive this information.

Daniel
Melo
Amica Center for Immigrant Rights
1025 Connecticut Avenue NW
Suite 701
Washington, D.C. 20036

02/06/2025

CBP-FO-2025-003991

Dear Daniel Melo:

This is in response to your Freedom of Information Act (FOIA) request
to U.S. Customs and Border Protection (CBP) seeking all records reflecting the demographic makeup of individuals whose DNA was collected under the rule including
(but not limited to):
a. Country of origin
b. Race/Ethnicity
c. Age
d. Immigration status/classification
e. Location where DNA was collected
f. Date DNA was collected
g. Position and/or title of DHS or other Federal Official who collected
the individual's DNA. Names of employees are withheld in full using (b)(6)(b)(7)(C), and positions and titles was not provided due it not being tracked.

**Due to the size of the documents your records will be uploaded to CBP Reading Room within**

the next 12 hours. The link to the location is: https://www.cbp.gov/document/foia-record/cbp-office-field-operations-statistics

CBP-FO-2025-003991 **has been approved for an interim release**. This is not a final response. CBP FOIA will continue to review potentially responsive records and/or conduct additional searches during this time. You will be notified in future correspondence of the disposition of each interim release and will be provided a final response prior to the closing of your case.
In the event records are released, you may be provided additional instructions detailing the method used to retrieve the information via your SecureRelease account.

For your information, Congress excluded three discrete categories of law enforcement
and national security records from the requirements of the FOIA. See 5 U.S.C. 552(c). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should
not be taken as an indication that excluded records do, or do not, exist.

This completes an incremental review of your request. You may contact CBP's FOIA Public Liaison, Charlyse Hoskins, by sending an email via your SecureRelease account, mailing
a letter to 1300 Pennsylvania Avenue, NW MS 1181, Washington DC, 20229 or by calling 202-325-0150. The FOIA Public Liaison is able to assist in advising on the requirements for submitting a request, assist with narrowing the scope of a request, assist in reducing
delays by advising the requester on the type of records to request, suggesting agency offices that may have responsive records and receive questions or concerns about the agency's FOIA process. Please notate file number CBP-FO-2025-003991 on any future correspondence
to CBP related to this request.

If you are not satisfied with the response to this request, you have a right to appeal the disposition. Should you wish to do so, you must file your appeal within 90 days of the date our final response is issued, following
the procedures outlined in the DHS regulations at Title 6 C.F.R. §5.8. Please include as much information as possible to help us understand the grounds for your appeal. You should submit your appeal via SecureRelease. If you do not have computer access, you
may send your appeal and a copy of this letter to: FOIA Appeals, Policy and Litigation Branch, U.S. Customs and Border Protection, 90 K Street, NE, 10th Floor, Washington, DC 20229-1177. Your envelope and letter should be marked "FOIA Appeal." Copies of the
FOIA and DHS regulations are available at www.dhs.gov/foia. Additional information can be found at the following link https://www.cbp.gov/sites/default/files/assets/documents/2019-Dec/definitions-exemptions-foia_0.pdf.

Please note that this message
has been sent from an unmonitored e-mail account. Any messages sent to this account will not be read.

Sincerely,

U.S. Customs and Border Protection