**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GEORGETOWN LAW CENTER ON PRIVACY & TECHNOLOGY, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> CUSTOMS AND BORDER PROTECTION, et al., <br><br> *Defendants*. | **Case No. 25-cv-1732** <br><br> **MOTION FOR PRO HAC VICE ADMISSION** |

**Motion for Daniel J. Melo to Appear *Pro Hac Vice***

Movant, Attorney Amelia Dagen, a licensed, practicing attorney-at-law and member of the bar in good standing of the United States District Court for the District of Columbia, hereby moves this Court for permission for Daniel Melo to appear and participate in the above-captioned case, *pro hac vice*, on behalf of the Plaintiffs. LCvR 83.2(d).

In support of the motion, Attorney Dagen states that Daniel Melo, a staff attorney with the Amica Center for Immigrant Rights, 1025 Connecticut Avenue NW, Suite 701, Washington, DC 20036, is a member in good standing of the bar of the Supreme Court of North Carolina and of several federal bars. The declaration of Attorney Melo is attached as Exhibit A. *See* LCvR 83.2(d). A proposed order is attached.

Movant respectfully requests Daniel Melo be permitted to appear and participate in the above-captioned cause, *pro hac vice*, on behalf of the Plaintiffs. Mr. Melo will serve as co-

counsel for Plaintiffs with the undersigned, who is a member of the Bar of this Court and who will continue to serve as counsel for Plaintiff as well.

Plaintiffs' counsel is unable to confer with opposing counsel as no appearance has been entered on behalf of Defendants.

Respectfully submitted,

Dated: June 4, 2025

Respectfully submitted,

/s/ *Amelia Dagen*
Amelia Christine Dagen
DC Bar No. 90004838
Amica Center for Immigrants Rights
1025 Connecticut Ave NW
Suite. 701
Washington, DC 20036
DC Bar No. 90004838
Tel.: (202) 998-3105
Fax: (202) 331-3341
amelia@amicacenter.org