# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GEORGETOWN LAW CENTER ON PRIVACY & TECHNOLOGY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CUSTOMS AND BORDER PROTECTION, *et al.*, <br><br> *Defendants*. | **Case No. 25-cv-1732** |

### Local Rule 83.2(d) Declaration of Non-Member

I, Daniel Melo, of Amica Center for Immigrants Rights, (202-916-8180) hereby declare the following:

1. I am a member of the following bars:

   North Carolina Supreme Court
   United States Court of Appeals for the 3rd Circuit
   United States Court of Appeals for the 4th Circuit
   United States Court of Appeals for the 11th Circuit
   United States District Court for the Eastern District of North Carolina
   United States District Court for the Middle District of North Carolina
   United States District Court for the Western District of Pennsylvania

2. I certify that I have never been disciplined by any bar and there are no disciplinary proceedings pending against me in any jurisdiction.

3. I have not been admitted *pro hac vice* to this Court in the past two years. I was admitted under Local Rule 83.2(h) representing an indigent client in *Capital Area*

1

*Immigrants' Rights Coalition, et. al. v. U.S. Department of Homeland Security, et. al.*, 1:23-CV-03344 (March 31, 2025).

4. While Amica Center has offices in Washington, D.C. and Baltimore, Maryland, I practice from my home office in Wake Forest, North Carolina. My litigation practice is primarily in the Fourth Circuit, Eastern District of Virginia, and the Western District of Pennsylvania.

I declare under penalty of perjury that the foregoing is true and accurate. Executed in Wake Forest, North Carolina, this the 4th of June, 2025.

Daniel Melo
Amica Center for Immigrant Rights
1025 Connecticut Avenue NW
Suite 701
Washington, DC, 20036
NC Bar No. 48654
Tel: (202) 916-8180
Daniel.melo@amicacenter.org

2