# Exhibit B



**NORTH CAROLINA**
STATE BAR

# Certificate of Good Standing

I, Peter G. Bolac, Secretary of the North Carolina State Bar, do hereby certify that

## Daniel Joseph Melo
Bar # 48654

was licensed to practice law by the State of North Carolina on March 27, 2015.

Said lawyer is presently an active member of the North Carolina State Bar and is eligible to

practice law in North Carolina.

Said lawyer is not subject to a pending order of administrative or disciplinary suspension.

Said lawyer's financial account with the State Bar is current.

Therefore, said lawyer is in good standing with the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this the 20th of May, 2025.

Secretary of the North Carolina State Bar

