**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GEORGETOWN LAW CENTER ON PRIVACY
& TECHNOLOGY, et al.,

*Plaintiffs*,

v.

CUSTOMS AND BORDER PROTECTION, et
al.,

*Defendants*.

**Case No. 25-cv-1732**

**[PROPOSED] ORDER**


At the District of Columbia this ___ day of June 2025, having considered the Motion for

Admission *pro hac vice* of Daniel Melo (ECF No. ) and the Declaration Daniel Melo submitted

in support of the Motion;

IT IS HEREBY ORDERED that the Motion is GRANTED, and that Daniel Melo be, and

that the same hereby is, admitted *pro hac vice* to appear and participate fully in the above

captioned case.


Dated: _____       _____
                                                Hon.
                                                United States District Judge