UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**GEORGETOWN LAW CENTER ON PRIVACY AND TECHNOLOGY,** *et al.*,

    *Plaintiffs,*

v.

**CUSTOMS AND BORDER PROTECTION,** *et al.*,

    *Defendants.*

Case No. 1:25-cv-1732-RCL

## ORDER

Defendant in this case has filed an answer, [ECF No. 15], to plaintiffs' complaint. [ECF No. 1]. Pursuant to Local Rule 16.3(b)(10), parties to a Freedom of Information Act case are exempted from typical scheduling order requirements. As such, the burden is on the government to produce a *Vaughn* index with a supporting dispositive motion, as appropriate.

The Court **ORDERS** the parties to meet and confer and to file a joint status report within fifteen days proposing a schedule for:

- Further status reports;
- The defendant's processing of responsive records;
- Filing a Vaughn index; and,
- Filing and briefing dispositive motions.

If the parties disagree about the proposed schedule, they shall briefly describe the nature and reasons for disagreement in their joint report.

    **IT IS SO ORDERED.**

Date: August 29, 2025

Royce C. Lamberth
United States District Judge

1