UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGETOWN LAW CENTER ON PRIVACY AND TECHNOLOGY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CUSTOMS AND BORDER PROTECTION, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-1732 (RCL) |

**JOINT STATUS REPORT**

By and through their respective undersigned counsel, the parties submit the following status report in response to this Court's October 31, 2025, Minute Order.

Plaintiffs filed this suit on or about June 3, 2025, and served the U.S. Attorney's Office on or about June 13, 2025. Plaintiffs seek to compel the production of documents in response to their FOIA requests.

Defendants have been working to search for and begin processing records responsive to the FOIA requests at issue in this matter. As previously reported, Defendant ICE had completed its searches and was prepared to begin productions before the recent lapse in government appropriations. (ECF No. 18). Defendant ICE had initially expected to make a production last week, but the subsequent lapse in government appropriations—which has affected ICE—has prevented that production. Defendant ICE does not yet know when appropriations will be restored but will begin processing and producing records promptly thereafter.

Defendant CBP has already issued a partial response to the FOIA request and is in the final review stage of additional responsive records. Since the last production, Defendant CBP

has made one interim production on January 23, 2026, with its next production scheduled for later this week and additional interim releases on a rolling basis every month. Defendant CBP will also provide a draft *Vaughn* index for the records released to date by the end of March.

Pursuant to this Court's October 22, 2025, Minute Order, the parties will file their next status report in thirty days—i.e., on or before March 25, 2026.

Dated: February 23, 2026
Washington, DC

/s/ Amelia Christine Dagen
Amelia Christine Dagen
D.C. Bar No. 90004838
Amica Center for Immigrant Rights
1025 Connecticut Ave. NW, Ste. 701
Washington, DC 20036
Tel.: (202) 998-3105
Fax: (202) 331-3341
amelia@caircoalition.org

/s/ Stephanie Glaberson
Stephanie Glaberson
D.C. Bar No. 177092
Center on Privacy & Technology
Georgetown University Law Center
500 1st St., NW
Washington, DC 20001
Tel: (202) 662-9770
Stephanie.glaberson@georgetown.edu

/s/ Paul Chavez
Paul Chavez*
Christina LaRocca*
Americans for Immigrant Justice
2200 NW 72nd Ave.
P.O. Box No 520037
Miami, FL 33152
(305) 573-1106
pchavez@aijustice.org
clarocca@aijustice.org

*Attorneys for Plaintiffs*
**Admitted pro hac vice*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ Kartik N. Venguswamy
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Attorneys for the United States of America*