UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGETOWN LAW CENTER ON PRIVACY AND TECHNOLOGY, *et al.*,

*Plaintiffs*,

v.

CUSTOMS AND BORDER PROTECTION, *et al.*,

*Defendants*.

Civ. A. No. 25-1732 (RCL)

**JOINT STATUS REPORT**

By and through their respective undersigned counsel, the parties submit the following status report in response to this Court's October 22, 2025, Minute Order.

1. Plaintiffs filed this suit on or about June 3, 2025 (ECF No. 1) and served the U.S. Attorney's Office on or about June 13, 2025. Plaintiffs seek to compel the production of documents in response to their FOIA requests.

2. Defendants answered the Complaint on August 20, 2025 (ECF No. 15). Defendants have been searching for and processing records responsive to the FOIA requests at issue in this matter, as outlined below.

***Defendant Immigration and Customs Enforcement***

3. As previously reported, Defendant Immigration and Customs Enforcement ("ICE") had completed its searches and was prepared to begin productions before the recent lapse in government appropriations (ECF No. 18). On January 15, 2026, ICE completed its first interim production and expected to make a second interim production on February 15, 2026, and final production on March 15, 2026, but for the subsequent lapse in government appropriations. The

government lapse ended on April 30, 2026.

4. As previously reported, ICE made productions on July 1, 2026 and on August 11, 2026.

5. ICE still endeavors to make one final, sizable production. In the last report, ICE stated that it would aim to do so by the end of September 2026, but will need additional time. ICE anticipates that the final production will be made to Plaintiffs in about two weeks.

***Defendant U.S. Customs and Border Protection***

6. Defendant U.S. Customs and Border Protection ("CBP") has issued a complete response to the FOIA request. CBP made one interim production on January 23, 2026, and another interim production on March 5, 2026. CBP, as a component within the Department of Homeland Security, was impacted by the funding lapse. As such and as previously reported, CBP agreed to provide a draft *Vaughn* index for the records released to date by the end of March 2026. *See* ECF No. 25. Given the funding lapse, CBP was unable to produce the draft *Vaughn* index by that time. CBP has since placed documents responsive to Plaintiffs' request on its publicly available CBP FOIA Reading Room (https://www.cbp.gov/document/foia-record/biometrics-memos-and-directive-3410-001a).

7. Defendant CBP transmitted its final Vaughn index to Plaintiff on May 29, 2026.

***Next Steps***

8. Based on Plaintiffs' review of successfully disclosed records by both Agencies, Plaintiffs believe that the Agencies have made excessive redactions of the disclosed documents and failed to comply with their obligations to segregate and disclose non-exempt material. Should the parties fail to come to an agreement regarding these issues through the *Vaughn* Index process, Plaintiffs anticipate challenging the Agencies' withholdings at Summary Judgement.

9. Defendant CBP disagrees that it has made excessive redactions. CBP has applied only redactions for PII and law enforcement sensitivity to its productions, as appropriate by FOIA. CBP transmitted its final Vaughn index to Plaintiff on May 29, 2026.

10. ICE endeavors to make one final, sizable production in about two weeks from the date of this report.

11. Pursuant to this Court's October 22, 2025, Minute Order, the parties will file their next status report in 30 days, i.e., on October 28, 2026.

[signature on following page]

Dated: September 28, 2026
Washington, DC

Respectfully submitted,

s/ Amelia Christine Dagen
Amelia Christine Dagen
D.C. Bar No. 90004838
Amica Center for Immigrant Rights
1025 Connecticut Ave. NW, Ste. 701
Washington, DC 20036
Tel.: (202) 998-3105
Fax: (202) 331-3341
amelia@amicacenter.org

/s/ Stephanie Glaberson
Stephanie Glaberson
D.C. Bar No. 177092
Center on Privacy & Technology
Georgetown University Law Center
500 1st St., NW
Washington, DC 20001
Tel: (202) 662-9770
Stephanie.glaberson@georgetown.edu

/s/ Paul Chavez
Paul Chavez*
Americans for Immigrant Justice
2200 NW 72nd Ave.
P.O. Box No 520037
Miami, FL 33152
(305) 573-1106
pchavez@aijustice.org

*Attorneys for Plaintiffs*
**Admitted pro hac vice*

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Catherine J. Malycke*
CATHERINE J. MALYCKE
VA Bar No. 84952
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 809-3495
Catherine.Malycke@usdoj.gov

*Attorneys for the United States of America*